## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**CHRISTIAN ANDERSON**

      **Plaintiff,**                Case No. 22-cv-10515-LVP

v.                           Hon.  Linda V. Parker
                              Magistrate Anthony P. Patti

**WAYNE STATE UNIVERSITY**

      **Defendants.**

_____/

### STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

    This matter having come before this Court on the stipulation of the parties to dismiss Plaintiff's claims in the above captioned action without costs or attorneys' fees and the Court otherwise being informed in the premises;

    IT IS HEREBY ORDERED THAT this action be, and hereby is, dismissed with prejudice, and without attorneys' fees or costs to either party.

    **IT IS SO ORDERED.**

                      s/ Linda V. Parker_____
                      LINDA  V. PARKER
                      U.S. DISTRICT JUDGE

Dated: January 11, 2023

CHARARA LOVELL & ASSOCIATES, PLLC    BUTZEL LONG, PC

By: /s/ *Stephen M. Lovell w/consent*    By: /s/ *Brett J. Miller*
Stephen M. Lovell (P80921)    Brett J. Miller (P68612)
28580 Orchard Lake Road, Suite 250    Blake C. Padget (P82978)
Farmington Hills, Michigan 48334    150 West Jefferson Ave, Suite
Phone: (248) 605-7657    Detroit, Michigan  48226
Facsimile:  (248) 605-0743    Telephone:  (313) 225-5316
stephen@clawins.com    Facsimile:  (313) 225-7080
Attorney for Plaintiff    millerbr@butzel.com
    padget@butzel.com
    Attorneys for Defendant


Dated: January 11, 2023